AO 456s (Rev. 8/01)  Notice

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
### WESTERN DIVISION

LA SHA SIMPSON, et al.,

        V.

THOMAS STREICHER, et al.

Case Number:   1:01-cv-00271

Senior District Judge S. Arthur Spiegel

## NOTICE

**TAKE NOTICE** that a STATUS CONFERENCE in this case has been set for the place, date, and time set forth below:

| PLACE | ROOM NO. |
|---|---|
| Potter Stewart U.S. Courthouse<br>100 East Fifth Street<br>Cincinnati, Ohio 45202 | Chambers, Room 838 |
| | **DATE AND TIME**<br>OCTOBER 12, 2006 at 3:00 PM |

KENNETH J. MURPHY, CLERK

s/Kevin Moser
Kevin Moser
Case Manager
(513) 564-7620

cc: Kenneth Lawson, II, Esq.   Richard Ganulin, Esq.   Donald Hardin, Esq.