UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

|  |  |  |
|---|---|---|
| LA SHA SIMPSON, et al., | : | NO. 1:01-CV-00271 |
| Plaintiffs, | : | |
| v. | : | **ORDER** |
| THOMAS STREICHER, et al., | : | |
| Defendants. | : | |

    The Court convened a status conference in this matter
on October 12, 2006, after the structured settlement consultant
advised it has been unable to implement the Court's June 19, 2003
entry.  The lack of requisite filings with the Hamilton County
Probate Court blocks implementation.  At the status conference,
Plaintiffs' Counsel, Kenneth Lawson, indicated he would complete
the necessary filings, consistent with the June 19, 2003 entry.

    Accordingly, the Court CONTINUES this matter until
10:00 A.M. on November 16, 2006, at which time it shall hold a
status conference with Plaintiff's Counsel Mr. Lawson, unless Mr.
Lawson can report back prior to such date that this matter has
been presented to the Hamilton County Probate Court and is
resolved.

    SO ORDERED.

Dated: October 17, 1006     /s/ S. Arthur Spiegel
                            S. Arthur Spiegel
                            United States Senior District Judge