# KENNETH L. LAWSON & ASSOCIATES, L.P.A.

**ATTORNEYS AT LAW**

Kenneth L. Lawson
kenneth@kennethlawson.com

1008 Race Street • 2nd Floor
Cincinnati, Ohio 45202
www.kennethlawson.com

Office (513) 345-5000
Fax (513) 345-5005

## CASE MEMORANDUM

**TO:** THE HONORABLE JUDGE S. ARTHUR SPIEGEL

**FROM:** KENNETH L. LAWSON

**SUBJECT:** UPDATE ON LA'SHA SIMPSON, ET AL. V. THOMAS STREICHER, ET AL.

**DATE:** NOVEMBER 16, 2006

**CC:** FILE

1·01-CV-00271

---

The Court has directed me to take all necessary steps to make sure that settlements entered on behalf of La'Sha Simpson and Jah'cole Lowry are properly reported to the Hamilton County Probate Court and distributed to the defendants.

Since our last hearing on this matter, Counsel has taken the following steps to comply with the Court's instructions:

1. Immediately after leaving the hearing, Counsel directed his staff to locate the case file, contact Ms. Simpson's and Ms. Lowry's parents and file the necessary paperwork in probate court.

2. Our office spoke with Ms. Simpson's and Ms. Lowry's mothers and prepared the probate filings. Counsel is waiting on the mothers to provide him copies of the juveniles' birth certificates.

3. Because of the gross amount of the settlement, the probate court requires a Guardian of the Estate be appointed to file the application for settlement. Counsel has identified guardians for both juveniles. A copy of the Settlement Agreement must be filed with the Court at the same time the application is filed.

4. Because settlement of this case was reached in May, 2003, our internal case file, including the Settlement Agreement, was removed to our offsite storage facility. I have done my best to locate the case file and Settlement Agreement with no success.

5. My staff contacted the City of Cincinnati and requested to view a copy of their case file. Representatives of the City told us that their file was also in storage. After a few weeks,

they retrieved the file, but it contained no copy of the Settlement Agreement or other executed documents.

6. I also had my staff visit the Clerk of Courts' office and view the official case file. It also did not contain a copy of the Settlement Agreement.

7. The City of Cincinnati gave Counsel the name of the insurance company that is supposed to be holding the settlement funds for Ms. Simpson and Ms. Lowry. Counsel called the insurance company but was unable to find anyone with knowledge about this case.

8. Counsel has been in contact with Richard Ganulin of the City Solicitor's Office and is doing his best to get this matter resolved.

As Counsel has told the Court, the attorneys who worked on this case are no longer employed by, or associated with, Lawson & Associates. Still, Counsel has done his best to get up to speed on this case so that Ms. Simpson and Ms. Lowry will have their distributions when they turn 18.