# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF OHIO
### WESTERN DIVISION

|  |  |
|---|---|
| **In Re Cincinnati Policing** | Case No. C-1-99-3170<br><br>District Judge Susan J. Dlott |

---

|  |  |
|---|---|
| **Elsie Carpenter**<br><br>     **Plaintiff**<br><br>    **v.**<br><br>**City of Cincinnati** *et al.*<br><br>    **Defendants** | Case No. C-1-99-227<br><br>District Judge Susan J. Dlott |

---

|  |  |
|---|---|
| **Angela Leisure** *et al.*<br><br>    **Plaintiffs**<br><br>    **v.**<br><br>**City of Cincinnati** *et al.*<br><br>    **Defendants** | Case No. C-1-01-286<br><br>District Judge S. Arthur Spiegal |

---

Bomani A. Tyehimba

        Plaintiff

        v.

Donald Luck *et al.*

        Defendants

Case No. C-1-99-317

District Judge Susan J. Dlott

• • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • •

Mark A. Ward *et al.*

        Plaintiffs

        v.

City of Cincinnati *et al.*

        Defendants

Case No. C-1-99-494

District Judge Susan J. Dlott

• • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • •

Antonio Johnson *et al.*

        Plaintiffs

        v.

Donald Luck *et al.*

        Defendants

Case No. C-1-99-1063

District Judge Susan J. Dlott

• • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • •

Matthew Shaw

        Plaintiff

        v.

Donald Luck *et al.*

        Defendants

Case No. C-1-99-1064

District Judge Susan J. Dlott

• • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • •

| | | |
|---|---|---|
| Charles A. Wiley | : | |
| Plaintiff | : | Case No. C-1-00-267 |
| | : | |
| v. | : | District Judge Susan J. Dlott |
| | : | |
| City of Cincinnati *et al.* | : | |
| | : | |
| Defendants | : | |

••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••

| | | |
|---|---|---|
| Lisa Youngblood-Smith | : | |
| Plaintiff | : | Case No. C-1-00-434 |
| | : | |
| v. | : | District Judge Susan J. Dlott |
| | : | |
| Charles Garner *et al.* | : | |
| | : | |
| Defendants | : | |

••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••

| | | |
|---|---|---|
| Vincent Clark *et al.* | : | |
| Plaintiffs | : | Case No. C-1-02-645 |
| | : | |
| v. | : | District Judge Susan J. Dlott |
| | : | |
| City of Cincinnati *et al.* | : | |
| | : | |
| Defendants | : | |

••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••

| | | |
|---|---|---|
| John Harris | : | |
| Plaintiff | : | Case No. C-1-02-761 |
| | : | |
| v. | : | District Judge Susan J. Dlott |
| | : | |
| City of Cincinnati *et al.* | : | |
| | : | |
| Defendants | : | |

••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••

Paul Keith *et al.*                                    :

           **Plaintiffs**                           :      Case No. C-1-02-777

                      :

         **v.**                                 :      **District Judge Susan J. Dlott**

                      :

City of Cincinnati *et al.*                            :

           **Defendants**                          :

Roderick Glenn.                                       :

           **Plaintiff**                           :      Case No. C-1-02-760

                      :

         **v.**                                 :      **District Judge Susan J. Dlott**

                      :

City of Cincinnati *et al.*                            :

           **Defendants**                          :

Arnold White                                          :

           **Plaintiff**                           :      Case No. C-1-02-759

                      :

         **v.**                                 :      **District Judge Susan J. Dlott**

                      :

City of Cincinnati *et al.*                            :

            **Defendants**                          :

Adell Stillwell.                                      :

            **Plaintiff**                           :      Case No. C-1-02-763

                      :

         **v.**                                 :      **District Judge Susan J. Dlott**

                      :

City of Cincinnati *et al.*                            :

            **Defendants**                          :

| | | |
|---|---|---|
| **Shelia Barnes** *et al.* | : | |
| | : | **Case No. C-1-02-758** |
| **Plaintiff** | : | |
| | : | **District Judge Susan J. Dlott** |
| **v.** | : | |
| | : | |
| **City of Cincinnati** *et al.* | : | |
| | : | |
| **Defendants** | : | |

### MOTION TO TRANSFER THE REMAINING FUNDS IN THE IN RE CINCINNATI POLICING DAMAGE CLAIMS QUALIFED SETTLEMENT FUND TO THE UNCLAIMED FUNDS ACCOUNT OF THE DISTRICT COURT

This matter comes before the Court on the joint motion of the individual plaintiffs in the above-captioned damages actions (collectively, the "Individual Plaintiffs),[1] by and through their counsel of record, move this Court for an Order to: (i) permit Matthew L. Garretson, the fund administrator to deposit all the remaining funds in the In Re Cincinnati Policing Damage Claims Qualified Settlement Fund into the District Court's Unclaimed Funds account; (ii) direct all future correspondence regarding the funds held originally by the Qualified settlement fund to the District Court's Unclaimed Funds Division, and (iii) to issue an order closing the fund and releasing the Administrator of his duties. In support of this Motion Plaintiffs' respectfully state as follows:

1.      The In Re Cincinnati Policing Damage Claims Qualified Settlement Fund was established by Order of this Court on May 21, 2003.

2.      The Order establishing the In Re Cincinnati Policing Damage Claims Qualified Settlement fund States in relevant part:

---

[1] By name the Individual Plaintiffs are Elsie Carpenter, Angela Leisure (Harper Now), Bomani Tyehimba, Mark Ward, Ronald Cutherbertson, Antonio Johnson, Matthew Shaw, Charles Wiley, Lisa Youngblood-Smith, Vincent Clark, Terry Horton, Hohn Harris, Stephanie Keith, Paul Keith, Enrico Martin, Roderick Glenn, Arnold White, Adell Stillwell, and Sheila Barnes.

      a. Upon completion of all Fund Agreements and final distribution of all monies to be paid into the Fund, the Fund Administrator shall submit an accounting to the Court along with all its receipts. After notice as been given by the fund, the Court shall enter an Order closing the Fund administration and discharging the fund administrator from any further responsibility with respect to the fund.

3. Attached as Exhibit A is a most recent and final accounting of the funds.

4. Attached as Exhibit B contains the certified mail receipts that were returned to the administrator as undeliverable following the administrator's attempt to disburse the final remaining funds that remained in the QSF, which stemmed from a 2005 tax refund. In an effort to ensure that each plaintiff received their share of the tax refund the Administrator verified each plaintiff's most recent mailing address through Hamilton County Public Records.

5. Exhibit C contains the names of the individuals as well as their respective dollar amounts that remain unclaimed.

6. The Fund Administrator has completed his duties in regards to this fund.

**Alphonse Gerhardstein**
**Attorney for Plaintiffs**
1409 Enquirer Building
617 Vine Street #1409
Cincinnati, OH 45202-2418

## CERTIFICATE OF SERVICE

This is to certify that a true copy of the foregoing **MOTION TO TRANSFER**

**THE REMAINING FUNDS...** was served upon the following, via ordinary U.S. mail,

postage-prepaid, this __1__ day of __Aug__ , 2007 *And on all persons signed up through ECF.*

Matthew L. Garretson, QSF Administrator
The Garretson Law Firm
7775 Cooper Road
Cincinnati, OH 45242

_____
**Alphonse Gerhardstein**
**Attorney for Plaintiffs**

**Exhibit A**

In Re Cinti Police QSF

7/30/2007 2:54 PM

Register: L M Kohn - In Re Cinti Police
From 01/01/2005 through 07/30/2007
Sorted by: Date, Type, Number/Ref

| Date | Number | Payee | Account | Memo | Payment | C | Deposit | Balance |
|------|--------|-------|---------|------|---------|---|---------|---------|
| 12/31/2005 | | | Beginning Balance | | | | 1,471.82 | 1,471.82 |
| 01/31/2006 | | L M Kohn | Dividend Income - DI | Deposit | | | 4.07 | 1,475.89 |
| 02/28/2006 | | L M Kohn | Dividend Income - DI | Deposit | | | 4.13 | 1,480.02 |
| 03/06/2006 | | United States Treasury | Tax Payment - TP | 2005 Tax Refund | | | 130.00 | 1,610.02 |
| 03/06/2006 | | United States Treasury | Interest Income | Tax Ref | | | 7.55 | 1,617.57 |
| 03/08/2006 | 966528 | Saltz, Shamie & Gol... | Accounting Fees - ACC | 2005 Tax Issues | 65.00 | | | 1,552.57 |
| 03/08/2006 | 966847 | Saltz, Shamie & Gol... | Accounting Fees - ACC | 2005 Tax Issues | 13.00 | | | 1,539.57 |
| 03/31/2006 | | L M Kohn | Dividend Income - DI | Deposit | | | 5.19 | 1,544.76 |
| 04/28/2006 | | L M Kohn | Dividend Income - DI | Deposit | | | 4.74 | 1,549.50 |
| 05/31/2006 | | L M Kohn | Dividend Income - DI | Deposit | | | 5.32 | 1,554.82 |
| 06/30/2006 | | L M Kohn | Dividend Income - DI | Deposit | | | 5.76 | 1,560.58 |
| 07/06/2006 | | L M Kohn | Dividend Income - DI | Deposit | | | 0.55 | 1,561.13 |
| 07/06/2006 | 981933 | Sheila Barnes | Claimant Cash Distribu... | VOID: | | X | | 1,561.13 |
| 07/06/2006 | 981934 | Fred & Elsie Carpenter | Claimant Cash Distribu... | VOID: | | X | | 1,561.13 |
| 07/06/2006 | 981935 | Vincent Clark | Claimant Cash Distribu... | VOID: | | X | | 1,561.13 |
| 07/06/2006 | 981936 | Ronald Cuthbertson | Claimant Cash Distribu... | | 20.63 | | | 1,540.50 |
| 07/06/2006 | 981937 | Glen Roderick | Claimant Cash Distribu... | VOID: | | X | | 1,540.50 |
| 07/06/2006 | 981938 | John Harris | Claimant Cash Distribu... | VOID: | | X | | 1,540.50 |
| 07/06/2006 | 981939 | Terry Horton | Claimant Cash Distribu... | VOID: | | X | | 1,540.50 |
| 07/06/2006 | 981940 | Antonio Johnson | Claimant Cash Distribu... | VOID: | | X | | 1,540.50 |
| 07/06/2006 | 981941 | Paul & Stephanie Ke... | Claimant Cash Distribu... | | 31.02 | | | 1,509.48 |
| 07/06/2006 | 981942 | Angela D Leisure | Claimant Cash Distribu... | VOID: | | X | | 1,509.48 |
| 07/06/2006 | 981943 | Enrico G. Martin | Claimant Cash Distribu... | VOID: | | X | | 1,509.48 |
| 07/06/2006 | 981944 | Matthew Shaw | Claimant Cash Distribu... | VOID: | | X | | 1,509.48 |
| 07/06/2006 | 981945 | Tony Stillwell | Claimant Cash Distribu... | VOID: | | X | | 1,509.48 |
| 07/06/2006 | 981946 | Bomani Tyehlmba | Claimant Cash Distribu... | VOID: | | X | | 1,509.48 |
| 07/06/2006 | 981947 | Mark Ward | Claimant Cash Distribu... | VOID: | | X | | 1,509.48 |
| 07/06/2006 | 981948 | Arnold White | Claimant Cash Distribu... | | 31.02 | | | 1,478.46 |
| 07/06/2006 | 981949 | Charles Wiley | Claimant Cash Distribu... | | 25.75 | | | 1,452.71 |
| 07/06/2006 | 981950 | Lisa Youngblood-Sm... | Claimant Cash Distribu... | | 31.02 | | | 1,421.69 |
| 07/25/2006 | | L M Kohn | Overnight Mail Fee - O... | | 10.00 | | | 1,411.69 |
| 09/12/2006 | | L M Kohn | Dividend Income - DI | | 0.26 | | | 1,411.43 |
| 11/01/2006 | 996629 | Angela D Leisure Ha... | Claimant Cash Distribu... | | 517.03 | | | 894.40 |
| 11/06/2006 | 997170 | Fred & Elsie Carpenter | Claimant Cash Distribu... | | 569.14 | | | 325.26 |
| 06/30/2007 | | L M Kohn | Dividend Income - DI | Deposit | | | 0.12 | 325.38 |
| 07/10/2007 | | Bomani Tyehlmba | Claimant Cash Distribu... | | 51.65 | | | 273.73 |
| 07/23/2007 | | L M Kohn | Dividend Income - DI | Deposit | | | 0.57 | 274.30 |
| 07/24/2007 | 1030826 | Hamilton County Cle... | Claimant Cash Distribu... | Paid to Clerk o... | 274.30 | | | 0.00 |

**Exhibit B**



U.S. POSTAGE
PAID
CINCINNATI, OH
JUL 07,06
AMOUNT
**$4.64**
00075724-06

45206

CERTIFIED MAIL

7006 0100 0004 3552 3800

Return to
Attempted Not Known

ANK

Adell Anthony Stillwell
2525 Victory Parkway
Cincinnati, OH 45206

THE
GARRETSON
LAW FIRM

RN RECEIPT
EQUESTED

RECEIVED
AUG 01 2006

45242

**RECEIPT**
(urance Coverage Provided)

r website at www.usps.com

USPS

Postmark
Here

JUL 07 2006

See Reverse for Instructions

July 7, 2006

y Stillwell

ictory Parkway

TI OH 45206

45206+2316-99 C006

BY:

you may recall, my firm assisted with the
lice' Damaging Qualified Settlement Fund

ently received its final tax refund from the
federal tax refund, as well as the remaining
nce of $1,561.13. Included with this letter is
at balance. Your share of the remaining
the total settlement amount (paid by the
ented.

esitate to contact Tina Mullen at my office



July 7, 2006

Adell Anthony St
2525 Victory Par
Cincinnati, OH 45

RE: In Re Cincir

Dear Mr. Stillwell,

I hope this letter finds you doing well. As you may recall, my firm assisted with the administration of the In Re Cincinnati Police Damaging Qualified Settlement Fund ("QSF") from which you received an award.

I am pleased to tell you that the QSF recently received its final tax refund from the United States Treasury. As a result of this federal tax refund, as well as the remaining accrued interest, the QSF has a current balance of $1,561.13. Included with this letter is a check for your proportionate share of that balance. Your share of the remaining balance is based upon the percentage of the total settlement amount (paid by the Defendant) that your settlement award represented.

If you have any questions, please do not hesitate to contact Tina Mullen at my office (513-794-0400).

Kindest Regards,

Matthew L. Garretson
Settlement Administrator



July 7, 2006

...you may recall, my firm assisted with the ...olice Damaging Qualified Settlement Fund

...ently received its final tax refund from the ...federal tax refund, as well as the remaining ...nce of $1,561.13. Included with this letter is ...hat balance. Your share of the remaining ...f the total settlement amount (paid by the ...sented.

...hesitate to contact Tina Mullen at my office

www.garretsonfirm.com
513 794 0400 *phone*  513 936 5186 *fax*
9545 Kenwood Road, Suite 304  Cincinnati, OH 45242



July 7, 2006

Mark Ward
6103 Argus Rd.
Cincinnati, OH 4____

**RE: In Re Cinc____**

Dear Mr. Ward,

I hope this letter finds you doing well. As you may recall, my firm assisted with the administration of the <u>In Re Cincinnati Police Damaging Qualified Settlement Fund</u> ("QSF") from which you received an award.

I am pleased to tell you that the QSF recently received its final tax refund from the United States Treasury. As a result of this federal tax refund, as well as the remaining accrued interest, the QSF has a current balance of $1,561.13. Included with this letter is a check for your proportionate share of that balance. Your share of the remaining balance is based upon the percentage of the total settlement amount (paid by the Defendant) that your settlement award represented.

If you have any questions, please do not hesitate to contact Tina Mullen at my office (513-794-0400).

Kindest Regards,

Matthew L. Garretson
Settlement Administrator

...RECEIPT
Insurance Coverage Provided)
it our website at www.usps.com



USPS

01 2006    Postmark Here

July 7, 2006

...nes
...sman Ave # 4
...ati OH 45229

See Reverse for Instructions

...s you may recall, my firm assisted with the
...olice Damaging Qualified Settlement Fund

...cently received its final tax refund from the
... federal tax refund, as well as the remaining
...ance of $1,561.13. Included with this letter is
...hat balance. Your share of the remaining
...f the total settlement amount (paid by the
...esented.

...hesitate to contact Tina Mullen at my office

THE GARRETSON LAW FIRM

RETURN RECEIPT
REQUESTED

RECEIVED
SEP 0 5 2006

BY: _____
4822347135062687

7006 0100 0004 3552 3848

CERTIFIED MAIL

Return to Sender
Unable to Forward



Sheila Barnes
1607 Asman Ave. #4
Cincinnati, OH 45229

U.S. POSTAGE PAID
CINCINNATI, OH
JUL 07 06
AMOUNT
$4.64
0007572406

U.S. Postal Service™
CERTIFIED MAIL™ RECEIPT
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com®

OFFICIAL USE

| | |
|---|---|
| Postage | $ |
| Certified Fee | |
| Return Receipt Fee (Endorsement Required) | Postmark Here |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ |

Sent To
*Shelia Barnes*
Street, Apt. No.; or PO Box No.
*1607 Asman Ave #4*
City, State, ZIP+4
*Cincinnati OH. 45229*

PS Form 3800, June 2002                See Reverse for Instructions

July 7, 2006

Shelia Barnes
1607 Asman Ave. #
Cincinnati, OH 452

RE: In Re Cincin

Dear Ms. Barnes:

I hope this letter finds you doing well. As you may recall, my firm assisted with the administration of the In Re Cincinnati Police Damaging Qualified Settlement Fund ("QSF") from which you received an award.

I am pleased to tell you that the QSF recently received its final tax refund from the United States Treasury. As a result of this federal tax refund, as well as the remaining accrued interest, the QSF has a current balance of $1,561.13. Included with this letter is a check for your proportionate share of that balance. Your share of the remaining balance is based upon the percentage of the total settlement amount (paid by the Defendant) that your settlement award represented.

If you have any questions, please do not hesitate to contact Tina Mullen at my office (513-794-0400).

Kindest Regards,

Matthew L. Garretson
Settlement Administrator

www.garretsonfirm.com
513 794 0400 *phone* 513 936 5186 *fax*
9545 Kenwood Road, Suite 304 Cincinnati, OH 45242



July 7, 2006

s you may recall, my firm assisted with the
olice Damaging Qualified Settlement Fund

cently received its final tax refund from the
federal tax refund, as well as the remaining
lance of $1,561.13. Included with this letter is
that balance. Your share of the remaining
f the total settlement amount (paid by the
esented.

hesitate to contact Tina Mullen at my office

www.garretsonfirm.com
513 794 0400 *phone*  513 936 5186 *fax*
9545 Kenwood Road, Suite 304  Cincinnati, OH 45242



July 7, 2006

Vincent Clark
5009 Lord Alfred co.ᵗ
Cincinnati, Ohio 452

**RE: In Re Cincinnat.**

Dear Mr. Clark,

I hope this letter finds you doing well. As you may recall, my firm assisted with the administration of the In Re Cincinnati Police Damaging Qualified Settlement Fund ("QSF") from which you received an award.

I am pleased to tell you that the QSF recently received its final tax refund from the United States Treasury. As a result of this federal tax refund, as well as the remaining accrued interest, the QSF has a current balance of $1,561.13. Included with this letter is a check for your proportionate share of that balance. Your share of the remaining balance is based upon the percentage of the total settlement amount (paid by the Defendant) that your settlement award represented.

If you have any questions, please do not hesitate to contact Tina Mullen at my office (513-794-0400).

Kindest Regards,

*Matthew L. Garretson*
Matthew L. Garretson
Settlement Administrator

www.garretsonfirm.com
513 794 0400 *phone*  513 936 5186 *fax*
9545 Kenwood Road, Suite 304  Cincinnati, OH 45242



U.S. POSTAGE
PAID
CINCINNATI, OH
45242
JUL 07 06
AMOUNT
$4.64
00075724-06

45205

UNITED STATES
POSTAL SERVICE

0000

CERTIFIED MAIL™

7006 0100 0004 3552 3633

FINAL NOTICE
7-13-06
7-1-23

Glen Roderick
3628 Laclede Ave.
Cincinnati, Ohio 45205

45205+1723-28 C04B

**RETURN TO SENDER**
**UNCLAIMED**
**UNABLE TO FORWARD**

THE
GARRETSON
LAW FIRM LLC

9545 Kenwood
Cinti Ohio

RECEIPT
(Insurance Coverage Provided)
our website at www.usps.com®

POSTMARK
CINCINNATI OH 45242
JUL 07 2006
USPS

July 7, 2006

ck
aclede Ave
ti OH 45205

See Reverse for Instructions

you may recall, my firm assisted with the
lice Damaging Qualified Settlement Fund

ently received its final tax refund from the
federal tax refund, as well as the remaining
nce of $1,561.13. Included with this letter is
at balance. Your share of the remaining
the total settlement amount (paid by the
sented.

esitate to contact Tina Mullen at my office

www.garretsonfirm.com
513 794 0400 *phone* 513 936 5186 *fax*
9545 Kenwood Road, Suite 304 Cincinnati, OH 45242



July 7, 2006

Glen Roderick
3628 Laclede Ave.
Cincinnati, Ohio 45

**RE: In Re Cincinr**

Dear Mr. Roderick,

I hope this letter finds you doing well. As you may recall, my firm assisted with the administration of the In Re Cincinnati Police Damaging Qualified Settlement Fund ("QSF") from which you received an award.

I am pleased to tell you that the QSF recently received its final tax refund from the United States Treasury. As a result of this federal tax refund, as well as the remaining accrued interest, the QSF has a current balance of $1,561.13. Included with this letter is a check for your proportionate share of that balance. Your share of the remaining balance is based upon the percentage of the total settlement amount (paid by the Defendant) that your settlement award represented.

If you have any questions, please do not hesitate to contact Tina Mullen at my office (513-794-0400).

Kindest Regards,

Matthew L. Garretson
Settlement Administrator



THE
GARRETSON
LAW · FIRM LLC

RETURN RECEIPT
REQUESTED

SEP 18 2006

canned
Undeliverable
7-21-2

John Harris
2952 High Forest
Cincinnati, Ohio 45211

7006 0100 0004 3552 4111

Return to Sender
Attempted Not Known

**vice**™
**MAIL**™ **RECEIPT**
No Insurance Coverage Provided)

visit our website at www.usps.com

| | | July 7, 2006 |
|---|---|---|
| $0.39 | | |
| $2.40 | 0242 | |
| $1.85 | 11  Postmark Here | |
| $0.00 | | |
| $4.64 | 07/26/2006 | |

arris
2 High Forest
H 45211

See Reverse for Instructions

s you may recall, my firm assisted with the
olice Damaging Qualified Settlement Fund

cently received its final tax refund from the
federal tax refund, as well as the remaining
ance of $1,561.13.  Included with this letter is
hat balance.  Your share of the remaining
f the total settlement amount (paid by the
sented.

hesitate to contact Tina Mullen at my office

CERTIFIED MAIL™

U.S. POSTAGE
CINCINNATI, OH
45242
JUL 26 '06
AMOUNT
$4.64
00081684-11

www.garretsonfirm.com
513 794 0400 *phone*  513 936 5186 *fax*
9545 Kenwood Road, Suite 304  Cincinnati, OH 45242

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
(Domestic Mail Only; No Insurance Coverage Provided)

For delivery information visit our website at www.usps.com®

CINCINNATI OH 45211

| | |
|---|---|
| Postage | $ $0.39 |
| Certified Fee | $2.40 |
| Return Receipt Fee (Endorsement Required) | $1.85 |
| Restricted Delivery Fee (Endorsement Required) | $0.00 |
| Total Postage & Fees | $ $4.64 |

0242
11  Postmark Here

07/26/2006

July 7, 2006

Sent To John Harris
Street, Apt. No.; or PO Box No. 2952 High Forest
City, State, ZIP+4 Cincinnati, OH 45211

PS Form 3800, June 2002          See Reverse for Instructions

John Harris
3788 Westmont Dr. #2
Cincinnati, Ohio 4520!

**RE: In Re Cincinnati**

Dear Mr. Harris,

I hope this letter finds you doing well. As you may recall, my firm assisted with the administration of the In Re Cincinnati Police Damaging Qualified Settlement Fund ("QSF") from which you received an award.

I am pleased to tell you that the QSF recently received its final tax refund from the United States Treasury. As a result of this federal tax refund, as well as the remaining accrued interest, the QSF has a current balance of $1,561.13. Included with this letter is a check for your proportionate share of that balance. Your share of the remaining balance is based upon the percentage of the total settlement amount (paid by the Defendant) that your settlement award represented.

If you have any questions, please do not hesitate to contact Tina Mullen at my office (513-794-0400).

Kindest Regards,

Matthew L. Garretson
Settlement Administrator



U.S. Postal Service™
CERTIFIED MAIL™ RECEIPT
(Domestic Mail Only; No Insurance Coverage Provided)
For delivery information visit our website at www.usps.com®

OFFICIAL USE

Postage $
Certified Fee
Return Receipt Fee
(Endorsement Required)                    Postmark
Restricted Delivery Fee                    Here
(Endorsement Required)
Total Postage & Fees $

Sent To: *Terry Horton*
Street, Apt. No.; *832 Kinney Ave #1*
or PO Box No.
City, State, ZIP+4 *Cincinnati OH 45257*
PS Form 3800, June 2002                See Reverse for Instructions

July 7, 2006

Terry Horton
832 Kinney Ave. #1
Cincinnati, OH 45257

**RE: In Re Cincinnati P**

Dear Mr. Horton,

I hope this letter finds you doing well. As you may recall, my firm assisted with the administration of the In Re Cincinnati Police Damaging Qualified Settlement Fund ("QSF") from which you received an award.

I am pleased to tell you that the QSF recently received its final tax refund from the United States Treasury. As a result of this federal tax refund, as well as the remaining accrued interest, the QSF has a current balance of $1,561.13. Included with this letter is a check for your proportionate share of that balance. Your share of the remaining balance is based upon the percentage of the total settlement amount (paid by the Defendant) that your settlement award represented.

If you have any questions, please do not hesitate to contact Tina Mullen at my office (513-794-0400).

Kindest Regards,

Matthew L. Garretson
Settlement Administrator

*BVC: Check was never cashed — nor was the certified receipt ever returned.*



RTS
RETURN TO SENDER

U.S. POSTAGE
PAID
CINCINNATI, OH
45242
JUL 06 06
AMOUNT
$4.64
00075724-06

45205

UNITED STATES POSTAL SERVICE

LN
7-10-06
461
n - m m

INSUFFICIENT ADDRESS
ATTEMPTED NOT KNOWN
NO SUCH NUMBER/STREET
NOT DELIVERABLE AS ADDRESSED
- UNABLE TO FORWARD
OTHER

7006 0100 0004 3552 3824

Antonio Johnson
661 Neave St., Apt. #5
Cincinnati, OH 45205

RETURN RECEIPT
REQUESTED

THE GARRETSON LAW FIRM
VERIFIED
45242

Service™
MAIL™ RECEIPT
(y; No Insurance Coverage Provided)
on visit our website at www.usps.com®

USPS   JUL 7 2006   CINCINNATI OH 45242
Postmark Here

July 7, 2006

...hnsen
...eave St APT #5
...cinnati OH 45205
See Reverse for Instructions

...s you may recall, my firm assisted with the
...olice Damaging Qualified Settlement Fund

...cently received its final tax refund from the
... federal tax refund, as well as the remaining
...ance of $1,561.13. Included with this letter is
...that balance. Your share of the remaining
...f the total settlement amount (paid by the
...esented.

...hesitate to contact Tina Mullen at my office



**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com®

| | |
|---|---|
| Postage | $ |
| Certified Fee | |
| Return Receipt Fee (Endorsement Required) | |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ |

Sent To *Antonio Johnson*
Street, Apt. No.; or PO Box No. *661 Neave St APT #5*
City, State, ZIP+4 *Cincinnati OH 45205*

PS Form 3800, June 2002                    See Reverse for Instructions

Antonio Johnson
661 Neave St., Apt. #5
Cincinnati, OH 45205

July 7, 2006

**RE: In Re Cincinnati**

Dear Mr. Johnson,

I hope this letter finds you doing well. As you may recall, my firm assisted with the administration of the In Re Cincinnati Police Damaging Qualified Settlement Fund ("QSF") from which you received an award.

I am pleased to tell you that the QSF recently received its final tax refund from the United States Treasury. As a result of this federal tax refund, as well as the remaining accrued interest, the QSF has a current balance of $1,561.13. Included with this letter is a check for your proportionate share of that balance. Your share of the remaining balance is based upon the percentage of the total settlement amount (paid by the Defendant) that your settlement award represented.

If you have any questions, please do not hesitate to contact Tina Mullen at my office (513-794-0400).

Kindest Regards,

Matthew L. Garretson
Settlement Administrator



THE
GARRETSON
L A W   F I R M

RETURN RECEIPT
REQUESTED

4 5 2 1 2 + 1 3 1 8 - 0 7   C 0 9 1

2807 Langdon Farm House Rd.
Cincinnati, OH 45212

Enrico G. Martin
2807 Langdon Farm House Rd.
Cincinnati, OH 45212

7006 0300 0004 3552 3787

CERTIFIED MAIL



Return to Sender
Refused
7-8
7-13
7-23

REF

RECEIPT
surance Coverage Provided)
ur website at www.usps.com

USPS
JUL 0 7 200
Postmark
Here
CINCINNATI OH SYCAMORE BR

Martin
den Farm House Rd
t, OH 45212
See Reverse for Instructions

July 7, 2006

s you may recall, my firm assisted with the
Police Damaging Qualified Settlement Fund

ecently received its final tax refund from the
federal tax refund, as well as the remaining
lance of $1,561.13.  Included with this letter is
that balance.  Your share of the remaining
f the total settlement amount (paid by the
esented.

hesitate to contact Tina Mullen at my office

U.S. POSTAGE
PAID
CINCINNATI, OH
JUL 07 '06
AMOUNT
$4.64
0007572406
45212
0000

www.garretsonfirm.com
513 794 0400 *phone*  513 936 5186 *fax*
9545 Kenwood Road, Suite 304  Cincinnati, OH 45242



U.S. Postal Service
CERTIFIED MAIL RECEIPT
(Domestic Mail Only; No Insurance Coverage Provided)
For delivery information visit our website at www.usps.com

OFFICIAL USE

Postage | $
Certified Fee
Return Receipt Fee (Endorsement Required)
Restricted Delivery Fee (Endorsement Required)
Total Postage & Fees | $

Sent To
Enrico G. Martin
Street, Apt. No.; or PO Box No. 2807 Langdon Farm House Rd
City, State, ZIP+4 cincinnati OH 45212
PS Form 3800, June 2002    See Reverse for Instructions

July 7, 2006

Enrico G. Martin
2807 Langdon F
Cincinnati, OH 4.

RE: In Re Cinci

Dear Mr. Martin,

I hope this letter finds you doing well. As you may recall, my firm assisted with the administration of the In Re Cincinnati Police Damaging Qualified Settlement Fund ("QSF") from which you received an award.

I am pleased to tell you that the QSF recently received its final tax refund from the United States Treasury. As a result of this federal tax refund, as well as the remaining accrued interest, the QSF has a current balance of $1,561.13. Included with this letter is a check for your proportionate share of that balance. Your share of the remaining balance is based upon the percentage of the total settlement amount (paid by the Defendant) that your settlement award represented.

If you have any questions, please do not hesitate to contact Tina Mullen at my office (513-794-0400).

Kindest Regards,

Matthew L. Garretson
Settlement Administrator



RECEIPT
*nce Coverage Provided)*

*bsite at www.usps.com.*

THE
GARRETSON
L A W · F I R M LLC

RETURN RECEIPT
REQUESTED

Return to Sender
Unclaimed

RECEIVED
SEP 0 5 2006

BY...............

45242

7006 0100 0004 3552 3794

CERTIFIED MAIL™

Matthew Shaw
5765 Wineeste Ave., No 5765
Cincinnati, Oh 45232

Return to Sender
Attempted Not Known

July 7, 2006

No. 5765
45232
See Reverse for Instructions

s you may recall, my firm assisted with the
Police Damaging Qualified Settlement Fund

cently received its final tax refund from the
federal tax refund, as well as the remaining
ance of $1,561.13. Included with this letter is
that balance. Your share of the remaining
f the total settlement amount (paid by the
esented.

hesitate to contact Tina Mullen at my office

U.S. POSTAGE PAID
CINCINNATI, OH
45242
JUL 07 06
AMOUNT
$4.64
00075724-06

www.garretsonfirm.com
513 794 0400 *phone*  513 936 5186 *fax*
9545 Kenwood Road, Suite 304  Cincinnati, OH 45242



**U.S. Postal Service**
**CERTIFIED MAIL™ RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com₈

| Postage | $ | $0.39 |
| Certified Fee | | $2.40 |
| Return Receipt Fee (Endorsement Required) | | $1.85 |
| Restricted Delivery Fee (Endorsement Required) | | $0.00 |
| Total Postage & Fees | $ | $4.64 |

Sent To
*Matthew Shaw*
Street, Apt. No.; or PO Box No. *5765 Winerste Ave. NO 5765*
City, State, ZIP+4 *Cincinnati OH 45232*

PS Form 3800, June 2002        See Reverse for Instructions

July 7, 2006

Matthew Sh...
5765 Winee...
Cincinnati, C...

RE: In Re (...

Dear Mr. Sh...

I hope this letter finds you doing well. As you may recall, my firm assisted with the administration of the <u>In Re Cincinnati Police Damaging Qualified Settlement Fund</u> ("QSF") from which you received an award.

I am pleased to tell you that the QSF recently received its final tax refund from the United States Treasury. As a result of this federal tax refund, as well as the remaining accrued interest, the QSF has a current balance of $1,561.13. Included with this letter is a check for your proportionate share of that balance. Your share of the remaining balance is based upon the percentage of the total settlement amount (paid by the Defendant) that your settlement award represented.

If you have any questions, please do not hesitate to contact Tina Mullen at my office (513-794-0400).

Kindest Regards,

*Matthew J. Jarrets*

Matthew L. Garretson
Settlement Administrator

**Exhibit C**

| Claimant's Name | Amount Remaining in Fund |
| --- | --- |
| Tony Stillwell | $20.68 |
| Mark Ward | $23.33 |
| Sheila Barns | $25.80 |
| Vincent Clark | $38.88 |
| Glen Roderick | $31.10 |
| John Harris | $46.65 |
| Terry Horton | $38.88 |
| Antonio Johnson | $25.81 |
| Enrico Martin | $18.04 |
| Matthew Shaw | $5.13 |